# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARNOLD KEITH ANDERSON,
                    Appellant,
vs.
D. DEAL; W. GITTERE; A. ALLRED;
AND J. BORROWMAN,
                    Respondents.

No. 83398

FILED

AUG 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for a default judgment. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule allows an appeal from a district court order denying a motion for a default judgment. Accordingly, this court lacks jurisdiction to consider this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-24992

cc: Hon. Steve L. Dobrescu, District Judge
Arnold Keith Anderson
Attorney General/Carson City
White Pine County Clerk